NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYLO M. MULLINS,                          )
                                          )
        Appellant,                       )
                                          )
v.                                        )          Case No. 2D19-1090
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                        )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

Tylo M. Mullins, pro se.


PER CURIAM.


        Affirmed.


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.